UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM TEHRANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DH VITALE MANAGER, LLC, a Delaware limited liability company, and SF TREAT, LP a Delaware limited partnership,<br><br>Defendants. | Case No. 19-CV-08168-EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT DH VITALE MANAGER, LLC'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANT'S MOTION TO STAY PENDING THE SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID* |

The Court has considered Defendant DH Vitale Manager, LLC's Motion To Shorten Time For Briefing And Hearing On Defendant's Motion To Stay Pending the Supreme Court's Decision in *Facebook v. Duguid*, and all supporting papers. For cause appearing, the Court GRANTS DH Vitale's motion to shorten time. DH Vitale's Motion To Stay Pending The Supreme Court's Decision In *Facebook, Inc. v. Duguid* is set for hearing on September 3, 2020. Plaintiff's response to that motion shall be due by August 27, 2020 and DH Vitale's reply shall be due by August 31, 2020.

**IT IS SO ORDERED.**

DATE: August 24, 2020

_____
Edward M. Chen
United States District Judge