UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM TEHRANI,<br><br>        Plaintiff,<br><br>    v.<br><br>JOIE DE VIVRE HOSPITALITY, LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-08168-EMC<br><br>**ORDER GRANTING DEFENDANT DH VITALE MANAGER, LLC'S MOTION TO ENFORCE STAY**<br><br>Docket No. 80 |

Defendant DH Vitale Manager, LLC has moved to enforce the stay ordered by the Court on September 3, 2020. *See* Docket No. 78 (minutes). Having considered the parties' briefs, the Court finds this matter suitable for resolution without oral argument and therefore **VACATES** the hearing on the motion. DH's motion for relief is **GRANTED**. The Court stayed proceedings, except to the extent Plaintiff Payam Tehrani sought discovery from DH's third-party platform provider in Germany. Mr. Tehrani notes that the German company has an affiliate in the United States, which represented to him that there is relevant information in the possession, custody, or control of Twilio. However, Twilio is not a foreign company and therefore the concerns animating the Court's carve-out from the stay are not implicated.

This order disposes of Docket No. 80.

**IT IS SO ORDERED**.

Dated: March 2, 2021

_____
EDWARD M. CHEN
United States District Judge