Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorney for Plaintiff and all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM TEHRANI, individually and on behalf of all others similarly situated, | Case No. 3:19-cv-08168-EMC |
| *Plaintiff*, | **PLAINTIFF'S STATEMENT OF RECENT DECISIONS** |
| v. | Hearing Date: August 26, 2021 |
| DH VITALE MANAGER, LLC, a Delaware limited liability company, and SF TREAT, LP, a Delaware limited partnership, | Time: 1:30 p.m. Dept.: Courtroom: 5 Judge: Hon. Edward M. Chen |
| *Defendants*. | |

1       The following relevant opinions were published after Plaintiff filed his reply to his Motion to Amend (ECF No. 97, filed June 30, 2021).  A copy of each decision is attached.

- *Miles v. Medicredit, Inc*., No. 4:20-CV-01186 JAR, 2021 U.S. Dist. LEXIS 131128 (E.D. Mo. July 14, 2021) (attached as Exhibit 1)

- *Libby v. Nat'l Republican Senatorial Comm*., No. 5:21-CV-197-DAE, 2021 U.S. Dist. LEXIS 140103 (W.D. Tex. July 27, 2021) (attached as Exhibit 2)

- *Jance v. Homerun Offer, LLC*, No. CV-20-00482-TUC-JGZ, 2021 U.S. Dist. LEXIS 143145 (D. Ariz. July 29, 2021) (attached as Exhibit 3)

      Also, the following decision existed before Plaintiff filed his reply, but it had only recently issued and Plaintiff was unaware of it when his reply was filed.

- *Atkinson v. Pro Custom Solar LCC,* No. SA-21-CV-178-OLG, 2021 U.S. Dist. LEXIS 112396 (W.D. Tex. June 16, 2021) (attached as Exhibit 4)

Dated: August 25, 2021                                      Respectfully submitted,

By: */s/ Jonas B. Jacobson*

Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Rachel E. Kaufman
rachel@kaufmanpa.com
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*