| | |
|---|---|
| SEYFARTH SHAW LLP<br>Michael J. Burns (SBN 172614)<br>mburns@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorney for Defendant<br>DH VITALE MANAGER, LLC<br><br>HONIGMAN LLP<br>Matthew S. Disbrow<br>mdisbrow@honigman.com<br>2290 First National Building<br>Detroit, Michigan 48226<br>Telephone: (313) 465-7372<br><br>Attorney for Defendant<br>SF TREAT, LP | DAVID RATNER LAW FIRM, LLP<br>David S. Ratner (SBN 316267)<br>david@davidratnerlawfirm.com<br>33 Julianne Court<br>Walnut Creek, CA 94595<br><br>KAUFMAN P.A.<br>Rachel E. Kaufman (CSB# 259353)<br>rachel@kaufmanpa.com<br>Avi R. Kaufman (*Pro Hac Vice*)<br>kaufman@kaufmanpa.com<br>400 NW 26th Street<br>Miami, FL 33127<br>Telephone: (305) 469-5881<br><br>Attorneys for Plaintiff<br>PAYAM TEHRANI and all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM TEHRANI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DH VITALE MANAGER, LLC, a Delaware limited liability company, and SF TREAT, LP, a Delaware limited partnership,<br><br>    Defendants. | Case No. 3:19-cv-08168-EMC<br><br>**CASE MANAGEMENT REPORT** |

Pursuant to the Court's Order (ECF no. 104), Payam Tehrani ("Plaintiff") and DH Vitale Manager, LLC and SF Treat, LP ("Defendants") advise that the parties agree to the entry of judgment in favor of Defendants, preserving Plaintiff's right to appeal.

DATED: September 20, 2021

Respectfully submitted,

KAUFMAN P.A.

By: */s/ Rachel E. Kaufman*
    Rachel E. Kaufman
    Avi R. Kaufman
    Attorneys for Plaintiff
    PAYAM TEHRANI AND ALL OTHERS
    SIMILARLY SITUATED

SEYFARTH SHAW LLP

By: */s/ Michael J. Burns*
    Thomas E. Ahlering
    Michael J. Burns
    Attorneys for Defendant
    DH VITALE MANAGER, LLC

HONIGMAN LLP

By: */s/ Matthew S. Disbrow*
    Matthew S. Disbrow
    Attorneys for Defendant
    SF TREAT LP

## **ECF ATTESTATION**

I, Rachel E. Kaufman, attest that concurrence in the filing of this report has been obtained from the signatories above. *See* L.R. 5-1(i)(3).

Dated:    September 20, 2021

By: *s/ Rachel E. Kaufman*