# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM TEHRANI,<br><br>    Plaintiff,<br><br>    v.<br><br>JOIE DE VIVRE HOSPITALITY, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-08168-EMC<br><br>**JUDGMENT**<br><br>Re: Dkt. Nos. 104, 105 |

On August 31, 2021, the Court [104] denied [90] Plaintiff's Motion to Amend Complaint. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff, preserving right to appeal. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 20, 2021

_____
EDWARD M. CHEN
United States District Judge