SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorney for Defendant
DH VITALE MANAGER, LLC

HONIGMAN LLP
Matthew S. Disbrow
mdisbrow@honigman.com
2290 First National Building
Detroit, Michigan 48226
Telephone: (313) 465-7372

Attorney for Defendant
SF TREAT, LP

DAVID RATNER LAW FIRM, LLP
David S. Ratner (SBN 316267)
david@davidratnerlawfirm.com
33 Julianne Court
Walnut Creek, CA 94595

KAUFMAN P.A.
Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
Avi R. Kaufman (*Pro Hac Vice*)
kaufman@kaufmanpa.com
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Attorneys for Plaintiff
PAYAM TEHRANI and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM TEHRANI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DH VITALE MANAGER, LLC, a Delaware limited liability company, and SF TREAT, LP, a Delaware limited partnership, <br><br> Defendants. | Case No. 3:19-cv-08168-EMC <br><br> **JOINT STIPULATION FOR EXTESNINO OF TIME AND [PROPOSED] ORDER** |

Payam Tehrani ("Plaintiff") and DH Vitale Manager, LLC and SF Treat, LP ("Defendants") submit this joint stipulation and proposed order for a two week extension of time within which Plaintiff may file his notice to appeal.

1   The Court entered judgment in this action on September 20, 2021.  Accordingly, Plaintiff's

2   deadline to file a notice of appeal is October 20, 2021.  The parties agree to a two week extension of the

3   notice deadline up to and including November 3, 2021.

4          This is the first request for an extension of time to file a notice of appeal.

5          The requested extension will permit Plaintiff's counsel sufficient time to review and

6   appropriately determine whether or not to appeal this matter.

7          The stipulated extension will not prejudice the parties, nor will it impact other deadlines in this

8   case.

9   DATED:  October 20, 2021                    Respectfully submitted,

10                                              KAUFMAN P.A.

11

12                                             By:  */s/ Rachel E. Kaufman*
13                                                  Rachel E. Kaufman
                                                    Avi R. Kaufman
14                                                  Attorneys for Plaintiff
                                                    PAYAM TEHRANI AND ALL OTHERS
15                                                  SIMILARLY SITUATED

16                                             SEYFARTH SHAW LLP

17

18                                             By:  */s/ Michael J. Burns*
19                                                  Michael J. Burns
                                                    Thomas E. Ahlering
20                                                  Attorneys for Defendant
                                                    DH VITALE MANAGER, LLC

21

22

23

24

25

26

27

28
                                             2
    Joint Stipulation and [Proposed] Order
    Case No. 3:19-cv-08168-EMC

HONIGMAN LLP


By:  */s/ Matthew S. Disbrow*
Matthew S. Disbrow
Attorneys for Defendant
SF TREAT LP



## ECF ATTESTATION

I, Rachel E. Kaufman, attest that concurrence in the filing of this stipulation has been obtained from the signatories above.  *See* L.R. 5-1(i)(3).

Dated:      October 20, 2021

By: *s/ Rachel E. Kaufman*



PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated this __ day of October, 2021.   _____
Honorable Edward M. Chen
United States District Court Judge

3

Joint Stipulation and [Proposed] Order
Case No. 3:19-cv-08168-EMC