| | |
|---|---|
| SEYFARTH SHAW LLP<br>Michael J. Burns (SBN 172614)<br>mburns@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorney for Defendant<br>DH VITALE MANAGER, LLC<br><br>HONIGMAN LLP<br>Matthew S. Disbrow<br>mdisbrow@honigman.com<br>2290 First National Building<br>Detroit, Michigan 48226<br>Telephone: (313) 465-7372<br><br>Attorney for Defendant<br>SF TREAT, LP | DAVID RATNER LAW FIRM, LLP<br>David S. Ratner (SBN 316267)<br>david@davidratnerlawfirm.com<br>33 Julianne Court<br>Walnut Creek, CA 94595<br><br>KAUFMAN P.A.<br>Rachel E. Kaufman (CSB# 259353)<br>rachel@kaufmanpa.com<br>Avi R. Kaufman (*Pro Hac Vice*)<br>kaufman@kaufmanpa.com<br>400 NW 26th Street<br>Miami, FL 33127<br>Telephone: (305) 469-5881<br><br>Attorneys for Plaintiff<br>PAYAM TEHRANI and all others similarly situated |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM TEHRANI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DH VITALE MANAGER, LLC, a Delaware limited liability company, and SF TREAT, LP, a Delaware limited partnership,<br><br>　　　　　Defendants. | Case No. 3:19-cv-08168-EMC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** |

　　　　Payam Tehrani ("Plaintiff") and DH Vitale Manager, LLC and SF Treat, LP ("Defendants") submit this joint stipulation and proposed order for a two week extension of time within which Plaintiff may file his notice to appeal.

1

1  The Court entered judgment in this action on September 20, 2021. Accordingly, Plaintiff's
2  deadline to file a notice of appeal is October 20, 2021. The parties agree to a two week extension of the
3  notice deadline up to and including November 3, 2021.
4  This is the first request for an extension of time to file a notice of appeal.
5  The requested extension will permit Plaintiff's counsel sufficient time to review and
6  appropriately determine whether or not to appeal this matter.
7  The stipulated extension will not prejudice the parties, nor will it impact other deadlines in this
8  case.

DATED:  October 20, 2021                                 Respectfully submitted,

                                                         KAUFMAN P.A.


                                                         By: */s/ Rachel E. Kaufman*
                                                             Rachel E. Kaufman
                                                             Avi R. Kaufman
                                                             Attorneys for Plaintiff
                                                             PAYAM TEHRANI AND ALL OTHERS
                                                             SIMILARLY SITUATED


                                                         SEYFARTH SHAW LLP


                                                         By: */s/ Michael J. Burns*
                                                             Michael J. Burns
                                                             Thomas E. Ahlering
                                                             Attorneys for Defendant
                                                             DH VITALE MANAGER, LLC

2

Joint Stipulation and [Proposed] Order
Case No. 3:19-cv-08168-EMC

|  |  |
|---|---|
| 1 | HONIGMAN LLP |
| 2 |  |
| 3 | By: */s/ Matthew S. Disbrow* |
| 4 | Matthew S. Disbrow<br>Attorneys for Defendant<br>SF TREAT LP |
| 5 |  |

**ECF ATTESTATION**

I, Rachel E. Kaufman, attest that concurrence in the filing of this stipulation has been obtained from the signatories above. *See* L.R. 5-1(i)(3).

Dated:   October 20, 2021

By: *s/ Rachel E. Kaufman*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 21 day of October, 2021.   _____
Honorable Edward M. Chen
United States District Court Judge

3

Joint Stipulation and [~~Proposed~~] Order
Case No. 3:19-cv-08168-EMC